FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 26 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

Smith
(Last Name)      (Identification Number)

Torey
(First Name)     (Middle Name)

(Institution)
3527 Ridgecrest Dr. Jxn MS 39212
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.          CIVIL ACTION NUMBER: 3:20cv 201-HTW-LRA
                              (to be completed by the Court)

City of Pearl
Pearl Poilce Department
Mayor Jake Windam
Chief Dean Scott Et.Al
(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes ( )   No (✓)

B. Are you presently incarcerated?
   Yes ( )   No (✓)

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )   No (✓)

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )   No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Torey Smith                    Prisoner Number: _____

Address: 3527 Ridgecrest Dr. Jxn MS 39212

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Pearl Police Department is employed as Pearl Police Department

at _____

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:                           ADDRESS:
Torey Smith                     3527 Ridgecrest Dr. Jxn MS 39212
Marvin Clark                    588 Heatherwood Dr Jxn MS 39212
Ellen Walker                    P.O. box 75528 Jxn MS 39282

DEFENDANT(S):

NAME:                           ADDRESS:
Chief Dean Scott                2561 old Brandon Rd, Pearl MS 39208
Unknown Officer/Dept            2561 old Brandon Rd Pearl MS 39208
Mayor Jake Windam               2420 old Brandon Rd Pearl MS 39208
Pearl Police Department         2561 old Brandon Rd Pearl MS 39208
City of Pearl                   2420 old Brandon Rd Pearl MS 39208
Lt Jhon Investigaintor          2561 old Brandon Rd Pearl MS 39208

4-A1

OTHER LAWSUITS FILED BY PLAINTIFF

NOTICE AND WARNING
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ✓ ) No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: N/A
2. Court (if federal court, name the district; if state court, name the county): N/A
3. Docket Number: N/A
4. Name of judge to whom case was assigned: 
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)

CASE NUMBER 2.
1. Parties to the action: N/A
2. Court (if federal court, name the district; if state court, name the county): N/A
3. Docket Number: 
4. Name of judge to whom case was assigned: 
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

On Are About 3-19-20 Aprrx 3:20pm There where Three unknown men who Came to my home on The Above date Pulled into my Driveway upon getting out the Car They went To back door And Front door was Threating the guest who was At The Home And one of the unknown men went to my doll Bmw Enter Both sides of my Front doors of The car went Inside got many Items out my car one of The Items was missing which was my Black Gucci Shades, MY Apple watch was Damage Also The one unknown officer went Into The Trunk of My Car And took Items from my Trunk The officer Took MY "YAY" from of my car These officer Didn't Have Premission To Enter My Personal Car nor Did they Indicates who they wore I was Later Able to Identify Them They Are Empoyled with Pearl Poilce Depertment In Pearl ms I MAde Contact To Pearl To Express my complaint of The Action spoke with The Lt John who is over Invesgaiton He Rufe to Bring About Remdy Therefore All This is A question As To why these matters Took Place

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Montary Damage, Puntive Damage, Emotional distress, Legal fees, notice nominal damages, montary damages, 12,500 Emotional distress,

Signed this 25 day of MArch, 20 20

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Torey Smith
Signature of plaintiff