IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**TOREY SMITH**                                                             **PLAINTIFF**

vs.                                   **CIVIL ACTION No.: 3:20-CV-201-HTW-LGI**

**CHIEF DEON SCOTT,** *et al*                               **DEFENDANTS**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge **[Docket no. 35]** issued by Magistrate Judge LaKeysha Greer Isaac. In her Report and Recommendation, filed on June 10, 2021, Magistrate Judge Isaac recommended that the *pro se* plaintiff's Complaint [Docket no. 1] be DISMISSED WITHOUT PREJUDICE. Magistrate Judge Isaac directed the *pro se* plaintiff to file any objections within seven (7) days. The plaintiff has failed to file any objection to date.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 35]**, this court finds it well-taken. Magistrate Judge Isaac granted the court's largess on several occasions cautioning the plaintiff that the failure to follow the court's orders or to update her address may result in the dismissal of her lawsuit. Plaintiff has failed for over a year to update this court as to her address or to prosecute her lawsuit. Therefore, this court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

This order, commensurately, hereby **DISMISSES** this lawsuit **WITHOUT PREJUDICE.** The parties are to bear their own costs.

SO ORDERED this the 13th day of October, 2021.

                                     s/ **HENRY T. WINGATE**
                                     **UNITED STATES DISTRICT COURT JUDGE**