IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**TOREY SMITH**  **PLAINTIFF**

**vs.**  **CIVIL ACTION No.: 3:20-CV-201-HTW-LGI**

**CHIEF DEON SCOTT**, *et al*  **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, for consideration of the *pro se* plaintiff. Pursuant to the Order issued this date,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is dismissed without prejudice. The parties are to bear their own costs.

**SO ORDERED AND ADJUDGED** this the 13th day of October, 2021.

s/ **HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**